United States District Court
Southern District of Texas
**ENTERED**
November 05, 2021
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| DR JOHN DOE, | § | CIVIL ACTION NO. |
| Plaintiff, | § | 4:20-cv-03200 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| UNIVERSITY OF | § | |
| TEXAS HEALTH | § | |
| SCIENCE CENTER AT | § | |
| HOUSTON, *et al*, | § | |
| Defendants. | § | |

**ORDER ADOPTING**
**MEMORANDUM AND RECOMMENDATION**

Plaintiff John Doe brings claims against the University of Texas Health Science Center at Houston for discrimination and retaliation under Title IX, for breach of contract, and for First Amendment retaliation. Dkt 2 at ¶¶ 60–72, 77–85. He also brings claims under 42 USC § 1983 against Individual Defendants Margaret McNeese, Sheela Lahoti, Deana Moylan, and Tiffany Obeng. Id at ¶¶ 73–76.

The Individual Defendants together brought a motion to dismiss, as did UTH. Dkts 29 & 30. These motions were referred to Magistrate Judge Sam Sheldon on March 16, 2021 pursuant to 28 USC § 636(b)(1)(A) and (B) and Rule 72 of the Federal Rules of Civil Procedure.

Judge Sheldon issued a Memorandum and Recommendation on September 28, 2021, recommending that both motions be granted and the case be dismissed with prejudice. Dkt 44 at 1. Doe did not file objections.

When no party objects to the conclusions of a magistrate judge, the reviewing court need only satisfy itself that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1420 (5th Cir 1996); see also FRCP 72(b) Advisory Committee Note (1983).

The Court has reviewed the pleadings, the record, the applicable law, and the recommendation. No clear error appears.

The motion by Defendants Margaret McNeese, Sheela Lahoti, Deana Moylan, and Tiffany Obeng to dismiss is GRANTED. Dkt 29.

The motion by Defendant University of Texas Health Science Center at Houston to dismiss is GRANTED. Dkt 30.

The case is DISMISSED WITH PREJUDICE.

SO ORDERED.

Signed on November 5, 2021, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge